1 | DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 | MATTHEW C. BOCKMON, Bar # 161566
Assistant Federal Defender
3 | Designated Counsel for Service
801 I Street, 3rd Floor
4 | Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JOHN GEORGE COULTER, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 2:11-cr-00272 MCE |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME** |
| JOHN GEORGE COULTER, JR., | ) | Date:  October 13, 2011 |
| Defendant. | ) | Time:  9:00 a.m. |
| | ) | Judge:  Morrison C. England, Jr. |

It is hereby stipulated and agreed to by and between the United States of America, through Samantha Sue Spangler, Assistant U.S. Attorney, and defendant, JOHN GEORGE COULTER, JR., by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference hearing date of Thursday, August 25, 2011, be vacated and a new status conference hearing date of Thursday, October 13, 2011, at 9:00 a.m., be set.

The reason for this continuance is to allow defense counsel additional time to review the discovery with the defendant, to examine the possible defenses, and to continue investigating the facts of the case.

It is further stipulated that the time for trial under the Speedy Trial Act should be excluded from the date of the signing of this order through and including October 13, 2011, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4, and that the ends of justice to be served in granting the continuance and allowing the defendant further time to prepare outweigh the best interest of the public and the defendant to a speedy trial.

| | | |
|---|---|---|
| 1 | Dated:  August 23, 2011 | Respectfully submitted, |
| 2 | | DANIEL J. BRODERICK<br>Federal Defender |
| 3 | | |
| 4 | | */s/ Matthew C. Bockmon*<br>MATTHEW C. BOCKMON<br>Assistant Federal Defender |
| 5 | | Attorney for Defendant<br>JOHN GEORGE COULTER, JR. |
| 7 | Dated: August 23, 2011 | BENJAMIN B. WAGNER<br>United States Attorney |
| 9 | | */s/ Matthew C. Bockmon for*<br>SAMANTHA SUE SPANGLER<br>Assistant U.S. Attorney |
| 10 | | Attorney for Plaintiff |

**O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on August 24, 2011, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference hearing currently scheduled for Thursday, August 25, 2011, be vacated and that the case be set for status conference hearing on **Tuesday, October 13, 2011, at 9:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' August 24, 2011, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of today's date, through and including October 13, 2011, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare taking into account due diligence.

Dated: August 24, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2