```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar # 161566
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOHN GEORGE COULTER, JR.
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN GEORGE COULTER, JR.,<br><br>　　　　Defendant. | CASE NO. 2:11-cr-00272 MCE<br><br>**STIPULATION AND ORDER TO VACATE TRIAL CONFIRMATION HEARING AND JURY TRIAL AND TO SET STATUS CONFERENCE**<br><br>Date : March 29, 2012<br>Time: 9:00 a.m.<br>Judge: Morrison C. England, Jr. |

　　　　Assistant United States Attorney, Samantha S. Spangler, and defendant's counsel, Matthew C. Bockmon, agree to vacate the trial confirmation hearing and jury trial date, and set a status conference for Thursday, March 29, 2012, re Fed.R.Crim.P. 20 transfer of case out of district.

　　　　The parties agree that the Court should exclude time from the date of the signing of this order through and including March 29, 2012, under 18 U.S.C. § 3161(h)(1)(E) for delay resulting from any proceeding relating to the transfer of a case.

///

///

1  The parties also agree that the time for trial under the Speedy Trial Act should be excluded from the date of the signing of this order through and including March 29, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and Local Code T4, and that the ends of justice to be served in granting the continuance and allowing the defendant further time to prepare outweigh the best interest of the public and the defendant to a speedy trial.

Dated: February 27, 2012

                              Respectfully submitted,

                              DANIEL J. BRODERICK
                              Federal Defender

                              */s/ Matthew C. Bockmon*
                              MATTHEW C. BOCKMON
                              Assistant Federal Defender
                              Attorney for Defendant
                              JOHN GEORGE COULTER, JR.

Dated: February 27, 2012                BENJAMIN B. WAGNER
                              United States Attorney

                              */s/ Matthew C. Bockmon for*
                              SAMANTHA S. SPANGLER
                              Assistant U.S. Attorney
                              Attorney for Plaintiff

**ORDER**

Based on the reasons set forth in the stipulation of the parties filed on March 2, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY ORDERED that the trial confirmation hearing currently set for March 2, 2012, and the jury trial date of April 2, 2012, be vacated, and the matter be set for status conference on **Thursday, March 29, 2012, at 9:00 a.m.**  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' March 2, 2012, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of today's date, through and including March 29, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare taking into account due diligence.  Time is also excluded under 18 U.S.C. § 3161(H)(1)(E) pending transfer out of district under Fed.R.Crim.P. 20 for entry of guilty plea.

Dated:  March 2, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE