DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar # 161566
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOHN GEORGE COULTER, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-S-11-272 MCE |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING AND TO EXCLUDE TIME** |
| v. | |
| JOHN GEORGE COULTER, JR., | Date : July 19, 2012 |
| Defendant. | Time: 9:00 a.m.<br>Judge: Morrison C. England, Jr. |

It is hereby stipulated and agreed to by and between the United States of America, through Samantha Spangler, Assistant U.S. Attorney, and defendant, JOHN GEORGE COULTER, JR., by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the change of plea hearing currently set for Thursday, July 5, 2012, be vacated and a new change of plea hearing date of Thursday, July 19, 2012, at 9:00 a.m., be set.

The reason for this continuance is because additional time is needed for defense preparation regarding defendant's competency to enter a guilty plea. Mr. Coulter's family recently provided defense counsel with information concerning his health, and written documentation from the Department of Veterans Affairs was subsequently received on June 26, 2012.

It is further stipulated that the time period from the date of this stipulation, July 2, 2012, through and including the date of the new change of plea hearing, July 19, 2012, shall be excluded under the Speedy Trial Act  18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and Local Code T4, and that the ends

1 of justice to be served in granting the continuance and allowing the defendant further time to prepare outweigh
2 the best interest of the public and the defendant to a speedy trial.
3 Dated:  July 2, 2012

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

 */s/ Matthew C. Bockmon*
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
JOHN GEORGE COULTER, JR.

Dated: July 2, 2012                                         BENJAMIN B. WAGNER
United States Attorney

 */s/ Matthew C. Bockmon for*
SAMANTHA SPANGLER
Assistant U.S. Attorney
Attorney for Plaintiff

2

**O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on July 5, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the change of plea hearing currently set for Thursday, July 5, 2012, be vacated and that the case be set for **Thursday, July 19, 2012, at 9:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' July 5, 2012, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of today's date, through and including July 19, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare taking into account due diligence.

Dated: July 5, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE