1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar # 161566
   Assistant Federal Defender
3  801 I Street, 3rd. Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JOHN GEORGE COULTER, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. CR-S-11-272 MCE |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME** |
| v. | ) |
| JOHN GEORGE COULTER, JR., | ) Date : October 25, 2012 |
| Defendant. | ) Time: 9:00 a.m. |
| | ) Judge: Morrison C. England, Jr. |

It is hereby stipulated and agreed to by and between the United States of America, through Phillip Allen Talbert, Assistant U.S. Attorney, and defendant, JOHN GEORGE COULTER, JR., by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference currently set for Thursday, September 13, 2012, be vacated and a new status conference hearing date of Thursday, October 25, 2012, at 9:00 a.m., be set.

The reason for this continuance is because additional time is needed for defense preparation, specifically in determining the mental health and competency of defendant. Mr. Coulter recently relocated to Southern California, and counsel needs time to locate a psychologist in his area to conduct the mental competency evaluation and prepare a report.

1    It is further stipulated that the time period from the date of this stipulation, September 11, 2012, through
2    and including October 25, 2012, shall be excluded under the Speedy Trial Act  18 U.S.C. §3161(h)(7)(A) and
3    (B)(iv) [reasonable time to prepare] and Local Code T4, and that the ends of justice to be served in granting
4    the continuance and allowing the defendant further time to prepare outweigh the best interest of the public and
5    the defendant to a speedy trial.

Dated:  September 11, 2012

                                            Respectfully submitted,

                                            DANIEL J. BRODERICK
                                            Federal Defender

                                             */s/ Matthew C. Bockmon*
                                            MATTHEW C. BOCKMON
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            JOHN GEORGE COULTER, JR.

Dated: September 11, 2012                   BENJAMIN B. WAGNER
                                            United States Attorney

                                             */s/ Matthew C. Bockmon for*
                                            PHILLIP ALLEN TALBERT
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff

**O R D E R**

    Based on the reasons set forth in the stipulation of the parties filed on September 17, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY ORDERED that the status conference currently set for Thursday, September 13, 2012, be vacated and that the case be set for **Thursday, October 25, 2012, at 9:00 a.m.**  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

2

Dated: September 17, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' September 17, 2012, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of today's date, through and including October 25, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare taking into account due diligence.

IT IS SO ORDERED.