DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar # 161566
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOHN GEORGE COULTER, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-cr-00272-MCE |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME** |
| v. | |
| JOHN GEORGE COULTER, JR., | Date : December 13, 2012 |
| Defendant. | Time: 9:00 a.m.<br>Judge: Morrison C. England, Jr. |

It is hereby stipulated and agreed to by and between the United States of America, through Phillip Allen Talbert, Assistant U.S. Attorney, and defendant, JOHN GEORGE COULTER, JR., by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference currently set for Thursday, October 25, 2012, be vacated and a new status conference hearing date of Thursday, December 13, 2012, at 9:00 a.m., be set.

The reason for this continuance is because additional time is needed for defense preparation, specifically in determining the mental health and competency of defendant. Mr. Coulter recently relocated to Southern California, and counsel needs time to locate a psychologist in his area to conduct the mental competency evaluation and prepare a report.

///

///

///

1  It is further stipulated that the time period from the date of this stipulation, October 16, 2012, through
2  and including December 13, 2012, shall be excluded under the Speedy Trial Act 18 U.S.C. §3161(h)(7)(A)
3  and (B)(iv) [reasonable time to prepare] and Local Code T4, and that the ends of justice to be served in granting
4  the continuance and allowing the defendant further time to prepare outweigh the best interest of the public and
5  the defendant to a speedy trial.

Dated: October 16, 2012

                                                Respectfully submitted,

                                                DANIEL J. BRODERICK
                                                Federal Defender

                                                */s/ Matthew C. Bockmon*
                                                MATTHEW C. BOCKMON
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                JOHN GEORGE COULTER, JR.

Dated: October 16, 2012                      BENJAMIN B. WAGNER
                                                United States Attorney

                                                */s/ Matthew C. Bockmon for*
                                                PHILLIP ALLEN TALBERT
                                                Assistant U.S. Attorney
                                                Attorney for Plaintiff

///
///
///

**O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on October 17, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently set for Thursday, October 25, 2012, be vacated and that the case be set for **Thursday, December 13, 2012, at 9:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' October 17, 2012, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of today's date, through and including December 13, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare taking into account due diligence.

Dated: October 17, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE