1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar # 161566
   Assistant Federal Defender
3  801 I Street, 3rd. Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JOHN GEORGE COULTER, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:11-CR-00272-MCE |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME** |
| v. | ) | |
| JOHN GEORGE COULTER, JR., | ) | Date : January 31, 2013 |
| Defendant. | ) | Time: 9:00 a.m. |
|  | ) | Judge: Morrison C. England, Jr. |

It is hereby stipulated and agreed to by and between the United States of America, through Phillip Allen Talbert, Assistant U.S. Attorney, and defendant, JOHN GEORGE COULTER, JR., by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference currently set for Friday, December 7, 2012, be vacated and a new status conference hearing date of Thursday, January 31, 2013, at 9:00 a.m., be set.

The reason for this continuance is because the Government has obtained a list of recommended doctors in the Irvine area, where defendant now resides, to perform the competency evaluation and is gathering information.

It is further stipulated that the time period from the date of this stipulation, November 27, 2012, through and including January 31, 2013, shall be excluded under the Speedy Trial Act 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4, and that the ends of justice to be served in granting the continuance and allowing the defendant further time to prepare outweigh the best interest of the public and the defendant to a speedy trial.

Dated: November 27, 2012

        Respectfully submitted,

        DANIEL J. BRODERICK
        Federal Defender

        */s/ Matthew C. Bockmon*
        MATTHEW C. BOCKMON
        Assistant Federal Defender
        Attorney for Defendant
        JOHN GEORGE COULTER, JR.

Dated: November 27, 2012

        BENJAMIN B. WAGNER
        United States Attorney

        */s/ Matthew C. Bockmon for*
        PHILLIP ALLEN TALBERT
        Assistant U.S. Attorney
        Attorney for Plaintiff

## O R D E R

Based on the reasons set forth in the stipulation of the parties filed on November 28, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently set for Friday, December 7, 2012, be vacated and that the case be set for **Thursday, January 31, 2013, at 9:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' November 28, 2012, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of today's date, through and including January 31, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4.

Dated: November 28, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE