JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
MATTHEW C. BOCKMON, Bar # 161566
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOHN GEORGE COULTER, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:11-cr-00272-MCE |
|---|---|---|
| Plaintiff, | ) ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE** |
| v. | ) ) | **TIME** |
| JOHN GEORGE COULTER, JR., | ) ) | Date : March 28, 2013 |
| Defendant. | ) ) | Time: 9:00 a.m. Judge: Morrison C. England, Jr. |
| _____ | ) ) | |

It is hereby stipulated and agreed to by and between the United States of America, through Phillip Allen Talbert, Assistant U.S. Attorney, and defendant, JOHN GEORGE COULTER, JR., by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference currently set for Thursday, January 31, 2013, be vacated and a new status conference hearing date of Thursday, March 28, 2013, at 9:00 a.m., be set.

The continuance is necessary to complete the defendant's competency evaluation. The government has researched doctors available to conduct the evaluation. Additional time is needed for the parties to discuss and arrange the evaluation.

It is further stipulated that the time period from the date of this stipulation, January 28, 2013, through and including March 28, 2013, shall be excluded under the Speedy Trial Act 18 U.S.C. §3161(h)(7)(A) and

/ / /

/ / /

(B)(iv) and Local Code T4, and that the ends of justice to be served in granting the continuance and allowing the defendant further time to prepare outweigh the best interest of the public and the defendant to a speedy trial.

Dated:  January 28, 2013

                        Respectfully submitted,

                        JOSEPH SCHLESINGER
                        Acting Federal Defender

                        */s/ Matthew C. Bockmon*
                        MATTHEW C. BOCKMON
                        Assistant Federal Defender
                        Attorney for Defendant
                        JOHN GEORGE COULTER, JR.

Dated: January 28, 2013          BENJAMIN B. WAGNER
                        United States Attorney

                        */s/ Matthew C. Bockmon for*
                        PHILLIP ALLEN TALBERT
                        Assistant U.S. Attorney
                        Attorney for Plaintiff

**O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on January 28, 2013, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently set for Thursday, January 31, 2013, be vacated and that the case be set for **Thursday, March 28, 2013, at 9:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' January 28, 2013, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of today's date, through and including March 28, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4.

Dated:   January 30, 2013

                        MORRISON C. ENGLAND, JR., CHIEF JUDGE
                        UNITED STATES DISTRICT JUDGE