JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
MATTHEW C. BOCKMON, Bar # 161566
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JOHN GEORGE COULTER, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-S-11-272 MCE |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME** |
| v. | |
| JOHN GEORGE COULTER, JR., | Date : May 30, 2013 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Morrison C. England, Jr. |

It is hereby stipulated and agreed to by and between the United States of America, through Phillip Allen Talbert, Assistant U.S. Attorney, and defendant, JOHN GEORGE COULTER, JR., by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference currently set for Thursday, March 28, 2013, be vacated and a new status conference hearing date of Thursday, May 30, 2013, at 9:00 a.m., be set.

The continuance is necessary to complete the defendant's competency evaluation.  The government has researched doctors available to conduct the evaluation.  Additional time is needed for the parties to discuss and arrange the evaluation.

It is further stipulated that the time period from the date of this stipulation, March 25, 2013, through and including May 30, 2013, shall be excluded under the Speedy Trial Act  18 U.S.C. §3161(h)(7)(A) and

/ / /

/ / /

(B)(iv) and Local Code T4, and that the ends of justice to be served in granting the continuance and allowing the defendant further time to prepare outweigh the best interest of the public and the defendant to a speedy trial.

Dated:  March 25, 2013

                                                      Respectfully submitted,

                                                      JOSEPH SCHLESINGER
                                                      Acting Federal Defender

                                                      */s/ Matthew C. Bockmon*
                                                      MATTHEW C. BOCKMON
                                                      Assistant Federal Defender
                                                      Attorney for Defendant
                                                      JOHN GEORGE COULTER, JR.

Dated: March 25, 2013                         BENJAMIN B. WAGNER
                                                      United States Attorney

                                                      */s/ Matthew C. Bockmon for*
                                                      PHILLIP ALLEN TALBERT
                                                      Assistant U.S. Attorney
                                                      Attorney for Plaintiff

## **O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on March 26, 2013, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY ORDERED that the status conference currently set for Thursday, March 28, 2013, be vacated and that the case be set for **Thursday, May 30, 2013, at 9:00 a.m.**  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' March 26, 2013, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of March 25, 2013, through and including May 30, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4.

     IT IS SO ORDERED.

Date:  March 26, 2013

                                                     MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                                     UNITED STATES DISTRICT JUDGE