HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MATTHEW C. BOCKMON, Bar # 161566
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOHN GEORGE COULTER, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 11-cr-00272 MCE |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME** |
| v. | |
| JOHN GEORGE COULTER, JR., | Date : September 5, 2013 |
| Defendant. | Time: 9:00 a.m.<br>Judge: Morrison C. England, Jr. |

It is hereby stipulated and agreed to by and between the United States of America, through Phillip Allen Talbert, Assistant U.S. Attorney, and defendant, JOHN GEORGE COULTER, JR., by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference currently set for Thursday, July 18, 2013, be vacated and a new status conference hearing date of Thursday, September 5, 2013, at 9:00 a.m., be set.

The continuance is necessary to complete the defendant's competency evaluation.

It is further stipulated that the time period from the date of this stipulation, July 16, 2013, through and including September 5, 2013, shall be excluded under the Speedy Trial Act  18 U.S.C. §3161(h)(7)(A) and

///

///

1  (B)(iv) and Local Code T4, and that the ends of justice to be served in granting the continuance and allowing

2  the defendant further time to prepare outweigh the best interest of the public and the defendant to a speedy trial.

3  Dated:  July 16, 2013

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

 */s/ Matthew C. Bockmon*
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
JOHN GEORGE COULTER, JR.

Dated: July 16, 2013

BENJAMIN B. WAGNER
United States Attorney

 */s/ Matthew C. Bockmon for*
PHILLIP ALLEN TALBERT
Assistant U.S. Attorney
Attorney for Plaintiff

2

**O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on July 16, 2013, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently set for Thursday, July 18, 2013, be vacated and that the case be set for **Thursday, September 5, 2013, at 9:00 a.m.** in Courtroom 7. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' July 16, 2013, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of July 16, 2013, through and including September 5, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4.

Date: July 23, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT