HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOHN GEORGE COULTER, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,                    ) | No. CR-S-11-272 MCE |
| ) | |
| Plaintiff,                    ) | |
| ) | **APPLICATION AND ORDER FOR TRANSPORTATION AND SUBSISTENCE PURSUANT TO U.S.C. § 4285** |
| v.                    ) | |
| ) | |
| JOHN GEORGE COULTER, JR.,                    ) | |
| ) | |
| Defendant.                    ) | Magistrate Judge:  Kendall J. Newman |
| ) | |
| _____ ) | |

Defendant, JOHN GEORGE COULTER, JR., through undersigned counsel, hereby requests an order for transportation and subsistence costs pursuant to 18 U.S.C. § 4285.

Mr. Coulter, Jr., is financially unable to provide the necessary transportation from his place of residence in Irvine, California, to Sacramento, California for a status conference on Thursday, October 10, 2103, at 9:00 a.m before the Honorable Morrison C. England, Jr.

Accordingly, the defendant John George Coulter, Jr., requests the Court to direct the United States Marshal to furnish the defendant, John George Coulter, Jr., with round-trip transportation between Irvine, California and Sacramento, California.

In the interests of justice the Court is requested to arrange for John George Coulter's means of non-custodial transportation or furnish the fare for such transportation to the place where his appearance is required; and, in addition, to direct the United States Marshal to furnish John George Coulter with an amount of money for subsistence expenses, not to exceed the amount authorized as a per diem allowance for travel

1 under Title 5 U.S.C. Section 4285.

2 Dated:  September 19, 2013

Respectfully submitted,

HEATHER E. WILLIAMS  
Federal Defender

*/s/ Matthew C. Bockmon*  
Assistant Federal Defender  
Attorney for Defendant  
JOHN GEORGE COULTER, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | No. CR-S-11-272 MCE |
| Plaintiff,          ) | |
| ) | **ORDER FOR TRANSPORTATION** |
| v.          ) | |
| ) | |
| JOHN GEORGE COULTER, JR.,          ) | Magistrate Judge:  Kendall J. Newman |
| ) | |
| Defendant.          ) | |
| _____ ) | |

**TO:  UNITED STATES MARSHAL, EASTERN DISTRICT OF CALIFORNIA**

GOOD CAUSE APPEARING, it has been determined that defendant, JOHN GEORGE COULTER, JR., is financially unable to provide the necessary transportation from his place of residence in Irvine, California to Sacramento, California, for a status conference on October 10, 2013, at 9:00 a.m., before the Honorable Morrison C. England, Jr.

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. §4285, the United States Marshals Service for the Eastern District of California shall make round-trip travel arrangements, or furnish transportation expenses, to the above-named defendant for a status conference hearing on **Thursday, October 10, 2013, at 9:00 a.m.** In addition, the United States Marshal shall furnish Mr. Coulter, with money for subsistence expenses to his destination, the amount authorized as a per diem allowance for travel under Section 5702(a) of Title 5, United States Code.  Mr. Coulter is financially unable to be in Sacramento on this date without transportation and subsistence expenses.

DATED: September 19, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE