1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MATTHEW C. BOCKMON, #161566
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710
   Matthew_Bockmon@fd.org
5

6  Attorney for Defendant
   JOHN GEORGE COULTER, JR.
7

8                  IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          ) Case No.  2:11-cr-00272-MCE
                                       )
12              Plaintiff,             ) STIPULATION AND  ORDER TO CONTINUE
                                       ) STATUS CONFERENCE AND TO EXCLUDE
13         vs.                         ) TIME
                                       )
14  JOHN GEORGE COULTER, JR.,          ) Date:  April 3, 2014
                                       ) Time:  9:00 a.m.
15              Defendant.             ) Judge: Morrison C. England, Jr.
                                       )
                                       )

16      It is hereby stipulated and agreed to by and between the United States of America, through

17  Phillip Allen Talbert, Assistant U.S. Attorney, and defendant, JOHN GEORGE COULTER, JR.,

18  by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status

19  conference currently set for Thursday, February 27, 2014, be vacated and a new status

20  conference hearing date of Thursday, April 3, 2014, at 9:00 a.m., be set.

21      The reason for the continuance is that counsel for defendant, COULTER, is in trial before

22  Judge Shubb in case *US v. Longley, et al.*, (11-cr-511 WBS) which is lengthy and scheduled to

23  continue through mid-March 2014.  Additionally, the continuance is necessary for the defense to

24  have its own independent expert complete the defendant's competency evaluation.  Defense

25  counsel has selected a doctor and is scheduling an appointment for the defendant to meet with

26  the doctor for his competency evaluation.

27  / / /

28

1     It is further stipulated that the time period from the date of this stipulation, February 20,

2    2014, through and including April 3, 2014, shall be excluded under the Speedy Trial Act 18

3    U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4, and that the ends of justice to be served

4    in granting the continuance and allowing the defendant further time to prepare outweigh the best

5    interest of the public and the defendant to a speedy trial.

6    Dated:  February 20, 2014

7                    Respectfully submitted,

8                     HEATHER E. WILLIAMS
                       Federal Defender

9

10                  */s/ Matthew C. Bockmon*
                     MATTHEW C. BOCKMON
                     Assistant Federal Defender

11                  Attorney for Defendant
                     JOHN GEORGE COULTER, JR.

12

13    Dated: February 20, 2014        BENJAMIN B. WAGNER
                     United States Attorney

14

15                  */s/ Matthew C. Bockmon for*
                     PHILLIP ALLEN TALBERT
                     Assistant U.S. Attorney

16                  Attorney for Plaintiff

17

18

19

20

21

22

23

24

25

26

27

28

# ORDER

Based on the reasons set forth in the stipulation of the parties filed on February 20, 2014, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently set for Thursday, February 27, 2014, be vacated and that the case be set for Thursday, April 3, 2014, at 9:00 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' February 20, 2014, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of February 20, 2014 through and including April 3, 2014, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4.

IT IS SO ORDERED.

Dated:  February 25, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

*U.S. v COULTER, 2:11-cr-00272 MCE*