HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Matthew_Bockmon@fd.org


Attorney for Defendant
JOHN GEORGE COULTER, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:11-cr-00272-MCE |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME |
| vs. | |
| JOHN GEORGE COULTER, JR., | Date:  May 22, 2014 |
| Defendant. | Time:  9:00 a.m. |
| | Judge: Morrison C. England, Jr. |

   It is hereby stipulated and agreed to by and between the United States of America, through Phillip Allen Talbert, Assistant U.S. Attorney, and defendant, JOHN GEORGE COULTER, JR., by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference currently set for May 1, 2014, be vacated and a new status conference hearing date of May 22, 2014, at 9:00 a.m., be set.

   The reason for the continuance is to allow independent experts additional time to complete their evaluation of each party's competency report performed on Mr. Coulter.

   It is further stipulated that the time period from the date of this stipulation, April 29, 2014, through and including May 22, 2014, shall be excluded under the Speedy Trial Act 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4, and that the ends of justice to be served in granting the continuance and allowing the defendant further time to prepare outweigh the best interest of the public and the defendant to a speedy trial.

1  Dated:  April 29, 2014

2                                                Respectfully submitted,

3                                                HEATHER E. WILLIAMS
                                              Federal Defender

4

5                                                */s/ Matthew C. Bockmon*
                                              MATTHEW C. BOCKMON

6                                                Assistant Federal Defender
                                              Attorney for Defendant

7                                                JOHN GEORGE COULTER, JR.

8  Dated: April 29, 2014         BENJAMIN B. WAGNER
                                              United States Attorney

9

10                                               */s/ Matthew C. Bockmon for*
                                              PHILLIP ALLEN TALBERT
                                              Assistant U.S. Attorney

11                                               Attorney for Plaintiff

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Based on the reasons set forth in the stipulation of the parties filed on April 29, 2014, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. The status conference currently set for May 1, 2014, is vacated and the case is set for May 22, 2014, at 9:00 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' April 29, 2014, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of April 29, 2014 through and including May 22, 2014, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4.

IT IS SO ORDERED.

Dated: May 2, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT