HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Matthew_Bockmon@fd.org


Attorney for Defendant
JOHN GEORGE COULTER, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  2:11-cr-00272-MCE |
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE |
| | ) STATUS CONFERENCE AND TO EXCLUDE |
| vs. | ) TIME |
| JOHN GEORGE COULTER, JR., | ) Date:   June 26, 2014 |
| | ) Time:  9:00 a.m. |
| Defendant. | ) Judge: Morrison C. England, Jr. |

It is hereby stipulated and agreed to by and between the United States of America, through Phillip Allen Talbert, Assistant U.S. Attorney, and defendant, JOHN GEORGE COULTER, JR., by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference currently set for May 22, 2014, be vacated and a new status conference hearing date of June 26, 2014, at 9:00 a.m., be set.

The reason for the continuance is to allow independent experts additional time to complete their evaluation of each party's competency report performed on Mr. Coulter.

It is further stipulated that the time period from the date of this stipulation, May 19, 2014, through and including June 26, 2014, shall be excluded under the Speedy Trial Act 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4, and that the ends of justice to be served in granting the continuance and allowing the defendant further time to prepare outweigh the best interest of the public and the defendant to a speedy trial.

| | | |
|---|---|---|
| 1 | Dated:  May 19, 2014 | |
| 2 | | Respectfully submitted, |
| 3 | | HEATHER E. WILLIAMS<br>Federal Defender |
| 4 | | |
| 5 | | */s/ Matthew C. Bockmon*<br>MATTHEW C. BOCKMON |
| 6 | | Assistant Federal Defender<br>Attorney for Defendant |
| 7 | | JOHN GEORGE COULTER, JR. |
| 8 | Dated: May 19, 2014 | BENJAMIN B. WAGNER<br>United States Attorney |
| 9 | | |
| 10 | | */s/ Matthew C. Bockmon for*<br>PHILLIP ALLEN TALBERT |
| 11 | | Assistant U.S. Attorney<br>Attorney for Plaintiff |

*U.S. v COULTER, 2:11-cr-00272 MCE*

**ORDER**

Based on the reasons set forth in the stipulation of the parties filed on May 19, 2014, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. The status conference currently set for May 22, 2014, be vacated and that the case be set for June 26, 2014, at 9:00 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, for the reasons stated in the parties' May 19, 2014, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of May 19, 2014 through and including June 26, 2014, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4.

IT IS SO ORDERED.

Dated: May 21, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT