HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Matthew_Bockmon@fd.org

Attorney for Defendant
JOHN GEORGE COULTER, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  2:11-cr-00272-MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE |
| vs. | ) STATUS CONFERENCE AND TO EXCLUDE TIME |
| JOHN GEORGE COULTER, JR., | ) Date:  August 21, 2014 |
| Defendant. | ) Time:  9:00 a.m. |
|  | ) Judge: Morrison C. England, Jr. |

It is hereby stipulated and agreed to by and between the United States of America, through Phillip Allen Talbert, Assistant U.S. Attorney, and defendant, JOHN GEORGE COULTER, JR., by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference currently set for July 31, 2014, be vacated and a new status conference hearing date of August 21, 2014, at 9:00 a.m., be set.

Each party has recently provided the other and the Court with a report by its expert concerning defendant's competency and its expert's comments on the other expert's report. The experts differ in their conclusions on the issue of defendant's competency. The parties agree that the Court should have the opportunity, now that it has these reports and comments, to speak with the defendant in person to help the Court assess defendant's competency.

It is further stipulated that the time period from the date of this stipulation, July 10, 2014, through and including August 21, 2014, shall be excluded under the Speedy Trial Act 18 U.S.C.

§3161(h)(7)(A) and (B)(iv) and Local Code T4, and that the ends of justice to be served in granting the continuance and allowing the defendant further time to prepare outweigh the best interest of the public and the defendant to a speedy trial.

Dated:  July 10, 2014

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Matthew C. Bockmon*
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
JOHN GEORGE COULTER, JR.

Dated: July 10, 2014

BENJAMIN B. WAGNER
United States Attorney

 */s/ Matthew C. Bockmon for*
PHILLIP ALLEN TALBERT
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

Based on the reasons set forth in the stipulation of the parties filed on July 10, 2014, ECF No. 69, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  The status conference currently set for July 31, 2014, is VACATED and the case RESET for August 21, 2014, at 9:00 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, for the reasons stated in the parties' July 10, 2014, stipulation, ECF No. 69, the time within which the trial of this matter must be commenced under the Speedy Trial Act IS EXCLUDED during the time period of July 10, 2014 through and including August 21, 2014, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4.

IT IS SO ORDERED.

Dated:  July 22, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT