HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Matthew_Bockmon@fd.org


Attorney for Defendant
JOHN GEORGE COULTER, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  2:11-cr-00272-MCE |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER TO CONTINUE |
| vs. | ) STATUS CONFERENCE AND TO EXCLUDE |
| | ) TIME |
| JOHN GEORGE COULTER, JR., | ) |
| | ) Date:   February 5, 2015 |
| Defendant. | ) Time:   9:00 a.m. |
| | ) Judge: Morrison C. England, Jr. |

 It is hereby stipulated and agreed to by and between the United States of America, through Phillip A. Talbert, Assistant U.S. Attorney, and defendant, JOHN GEORGE COULTER, JR., by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference currently set for December 11, 2014, be vacated and a new status conference hearing date of February 5, 2015, at 9:00 a.m., be set.

 The reason for the continuance is that counsel for defendant, COULTER, is currently on medical leave through mid-January 2015.  The continuance is also necessary to allow each party to prepare and submit additional briefing on the status regarding competency.  Any additional briefing shall be filed not later than January 22, 2015.

 It is further stipulated that the time period from the date of this stipulation, November 19, 2014, through and including February 5, 2015, shall be excluded under the Speedy Trial Act 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4, and that the ends of justice to be served

1 | in granting the continuance and allowing the defendant further time to prepare outweigh the best
2 | interest of the public and the defendant to a speedy trial.
3 | Dated:  November 19, 2014

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Matthew C. Bockmon*
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
JOHN GEORGE COULTER, JR.

Dated: November 19, 2014              BENJAMIN B. WAGNER
United States Attorney

 */s/ Phillip A. Talbert*
PHILLIP TALBERT
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

Based on the reasons set forth in the stipulation of the parties filed on November 19, 2014, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently set for December 11, 2014, be vacated and that the case be set for February 5, 2015 at 9:00 a.m. Additional briefing on the status regarding competency shall be filed not later than January 22, 2015. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' November 19, 2014, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of November 19, 2014 through and including February 5, 2015, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4.

IT IS SO ORDERED.

DATED: November 20, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT