HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Matthew_Bockmon@fd.org

Attorney for Defendant
JOHN GEORGE COULTER, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  2:11-cr-00272-MCE |
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE |
| | ) STATUS CONFERENCE AND TO EXCLUDE |
| vs. | ) TIME |
| | ) |
| JOHN GEORGE COULTER, JR., | ) Date:   March 12, 2015 |
| | ) Time:  9:00 a.m. |
| Defendant. | ) Judge: Morrison C. England, Jr. |
| | ) |

    IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Philip A. Talbert, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Matthew C. Bockmon, attorney for John George Coulter, Jr. that the status conference scheduled for February 5, 2015 be vacated and continued to March 12, 2015 at 9:00 a.m.

    The reason for the continuance the defendant will be undergoing further evaluation with his doctor on January 29, 2015. The continuance is also necessary to allow each party to prepare and submit additional briefing on the status regarding competency after receiving the latest report from the January 29 evaluation.  Any additional briefing shall be filed not later than March 5, 2015.

    Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including March 12, 2015;  pursuant to 18 U.S.C.

§3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

    Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated:  January 23, 2015

                                          Respectfully submitted,

                                          HEATHER E. WILLIAMS
                                          Federal Defender

                                          */s/ Matthew C. Bockmon*
                                          MATTHEW C. BOCKMON
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          JOHN GEORGE COULTER, JR.

Dated: January 23, 2015                  BENJAMIN B. WAGNER
                                          United States Attorney

                                          */s/ Phillip A. Talbert*
                                          PHILLIP TALBERT
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

**ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including March 12, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the February 5, 2015 status conference shall be continued until March 12, 2015, at 9:00 a.m.  It is further ordered that additional briefing in this case shall be filed no later than March 5, 2015.

IT IS SO ORDERED.

Dated:  January 27, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT