HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Matthew_Bockmon@fd.org

Attorney for Defendant
JOHN GEORGE COULTER, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:11-cr-00272-MCE |
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE ) STATUS CONFERENCE AND TO EXCLUDE |
| vs. | ) TIME ) |
| JOHN GEORGE COULTER, JR., | ) Date: April 2, 2015 ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Morrison C. England, Jr. ) |

   IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Philip A. Talbert, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Matthew C. Bockmon, attorney for John George Coulter, Jr. that the status conference scheduled for March 12, 2015 be vacated and continued to April 2, 2015 at 9:00 a.m.

   The reason for the continuance is because the defense is still awaiting medical information from the defendant's health care provider. The parties will prepare and submit additional briefing on the status regarding competency no later than March 26, 2015.

   Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including April 2, 2015; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

1    Counsel and the defendant also agree that the ends of justice served by the Court granting

2 this continuance outweigh the best interests of the public and the defendant in a speedy trial.

3 Dated:  March 11, 2015

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Matthew C. Bockmon*
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
JOHN GEORGE COULTER, JR.

Dated: March 11, 2015         BENJAMIN B. WAGNER
United States Attorney

 */s/ Phillip A. Talbert*
PHILLIP TALBERT
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including April 2, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the March 12, 2015 status conference shall be continued until April 2, 2015, at 9:00 a.m. It is further ordered that additional briefing in this case shall be filed no later than March 26, 2015.

IT IS SO ORDERED.
Dated:  March 12, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT