IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  2:11-cr-00272-MCE |
|---|---|
| Plaintiff, | ) ORDER |
| vs. | ) |
| JOHN GEORGE COULTER, JR., | ) |
| Defendant. | ) |

   IT IS HEREBY ORDERED, based on the Government's oral motion on April 2, 2015, for good cause, and no objection from the Defense, the motion is granted and the Indictment against defendant, JOHN GEORGE COULTER, JR., is dismissed.

   IT IS SO ORDERED.

Dated:  April 6, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT